UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JEREMIAH HALL, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 3:04-CR-11-TWP-HBG-1 |
| | ) | | 3:16-CV-357-TWP |
| UNITED STATES OF AMERICA, | ) | | 3:04-CR-70-TWP-1 |
| | ) | | 3:16-CV-360-TWP |
| Respondent. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's § 2255 motions [*Hall I*, Doc. 36; *Hall II*, Doc. 20][1] is **DENIED** and **DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith.

**ENTER:**

                                      s/ Thomas W. Phillips
                                  SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner was charged in in two separate criminal cases, each involving one Count of Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and one count of brandishing a firearm during and in relation to a crime of violence [E.D. Tenn. Case Nos. 3:04-cr-11-TWP-HBG-1 and 3:04-cr-70-TWP-1]. For purposes of clarity, all references to the first case [E.D. Tenn. Case No. 3:04-cr-11-TWP-HBG-1] will be denoted as *Hall I* and all references to the second case [E.D. Tenn. Case No. 3:04-cr-70-TWP-1] will be marked *Hall II*.